IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNERAL CONSUMERS ALLIANCE, INC., GLORIA JACCARINO BENDER, ANTHONY J. JACCARINO, JOHN CLARK, DONNA SPRAGUE, NANCY HELMAN, IRA HELMAN, DONALD SPRAGUE, and ROBERT CHITEL,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, ALDERWOODS GROUP, INC., STEWART ENTERPRISES, INC., HILLENBRAND INDUSTRIES, INC., and BATESVILLE CASKET COMPANY,<br><br>Defendants. | No. C 05-01804 WHA<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

The parties' stipulation to continue the deadlines re defendants' motion to dismiss is **GRANTED** as per their stipulation, but note the Court does not vacate the case management conference hearing presently set for **AUGUST 4, 2005**, at **11:00 A.M.** The parties' joint statement is due **JULY 21, 2005**.

**IT IS SO ORDERED.**

Dated: June 23, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE