1  JOHN M. GARRICK, ESQ. (BAR NO. 108321)
   ANDREW K. DOTY, ESQ. (BAR NO.135054)
2  IVERSON, YOAKUM, PAPIANO & HATCH
   624 South Grand Avenue, 27th Floor
3  Los Angeles, California 90017
   (213) 624-7444 - (213) 629-4563 (Fax)
4
   Attorneys for Defendant
5  ALDERWOODS GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUNERAL CONSUMERS ALLIANCE, INC., GLORIA JACCARINO BENDER, ANTHONY J. JACCARINO, JOHN CLARK, DONNA SPRAGUE, NANCY HELMAN, IRA HELMAN, DONALD SPRAGUE, and ROBERT CHITEL, On Behalf of Themselves and Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE CORPORATION INTERNATIONAL, ALDERWOODS GROUP, INC., STEWART ENTERPRISES, INC., HILLENBRAND INDUSTRIES, INC. and BATESVILLE CASKET COMPANY<br><br>Defendants. | Case No. C 05 01804 ~~JL~~ WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

## STIPULATION

WHEREAS, on May 2, 2005, plaintiffs filed a Complaint in the above-captioned Court naming Alderwoods Group, Inc. ("AGI") as defendant.

WHEREAS, on or about May 4, 2005, plaintiffs served the Complaint upon AGI and a response to the Complaint would have been due on or before May 24, 2005.

1  WHEREAS, on May 10, 2005, plaintiffs agreed to grant AGI a thirty day
2  extension of time to answer or otherwise respond to plaintiffs' Complaint so that
3  defendant AGI must now answer or otherwise respond to the Complaint on or before June
4  23, 2005.

5  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that
6  AGI may have up to and including June 23, 2005 to answer or otherwise respond to
7  plaintiffs' Complaint.

9  DATED: May 13, 2005                    IVERSON, YOAKUM, PAPIANO & HATCH

11                                          BY: _____
12                                              JOHN M. GARRICK
                                                ANDREW K. DOTY
13                                              Attorneys for Defendant
                                                ALDERWOODS GROUP, INC.

15
16  DATED: May 16, 2005                   LAW OFFICES OF JEFFREY KELLER

18                                          BY: _____
                                                JEFFREY F. KELLER
19                                              Attorneys for Plaintiffs
                                                FUNERAL CONSUMERS
20                                              ALLIANCE, INC., GLORIA
                                                JACCARINO BENDER, ANTHONY
21                                              J. JACCARINO, JOHN CLARK,
                                                DONNA SPRAGUE, NANCY
22                                              HELMAN, IRA HELMAN, DONALD
                                                SPRAGUE, and ROBERT CHITEL

# [PROPOSED] ORDER

Good cause appearing therefor and upon the stipulation of the Parties,

IT IS THEREFORE ORDERED that Defendant AGI have up to and including June 23, 2005 to answer or otherwise respond to plaintiff's complaint:

DATED: __June 21_____, 2005

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT JUDGE