UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FUNERAL CONSUMERS ALLIANCE, INC.,

    Plaintiff(s)

vs.

SERVICE CORPORATION INTERNATIONAL ET AL.

    Defendant(s).

CASE NO. C 05 01804 WHA

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Richard B. Drubel, an active member in good standing of the bars of Texas and Washington D.C., whose business address and telephone number is 26 South Main Street, Hanover, NH 03755, (603) 643-9090, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hillenbrand Industries, Inc. and Batesville Casket Company, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, *Electronic Case Filing*.

Dated: 7/18/05

William H. Alsup
United States District Judge