IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE FUNERAL CONSUMERS

Antitrust Litigation.

_____/

No. C 05-01804 WHA

Consolidated Cases:
No. C 05-02502 WHA
No. C 05-02501 WHA
No. C 05-02792 WHA

**ORDER GRANTING MOTION OF PLAINTIFFS PURSUANT TO CIVIL L.R. 7-3 AND 7-4(b) FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Having considered plaintiffs' motion pursuant to Civil L.R. 7-3 and 7-4(b) for leave to file a consolidated opposition to defendants' motion to dismiss, it is hereby granted as follows:

Plaintiffs shall file one consolidated opposition to defendants' motion to dismiss. The memorandum of law to be filed with the opposition shall not exceed 60 pages.

**IT IS SO ORDERED.**

Dated: August 5, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE