BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
STEVEN G. TIDRICK (CA Bar No. 224760)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendants
HILLENBRAND INDUSTRIES, INC. and
BATESVILLE CASKET COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FUNERAL CONSUMERS<br>Antitrust Litigation | No. C 05 01804 WHA<br><br>Consolidate Cases<br>No. C 05 02501 WHA<br>No. C 05 02502 WHA<br>No. C 05 02792 WHA<br><br>CLASS ACTIONS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO TRANSFER VENUE UNDER 28 U.S.C. 1404(a)**<br><br>Hearing Date: N/A<br><br>Hearing Time: N/A<br><br>Judge: The Honorable William H. Alsup |
|---|---|

1   WHEREAS, on August 2, 2005, Defendants Batesville Casket Company, Inc.,
2   Hillenbrand Industries, Inc., Service Corporation International, Alderwoods Group, Inc., and
3   Stewart Enterprises, Inc. filed a joint motion to transfer venue to the Southern District of Texas
4   under 28 U.S.C. § 1404(a) in the actions *Funeral Consumers Alliance, Inc. et al. v. Service
5   Corporation International et al.* (C 05 01804 WHA), *Rocha v. Service Corporation International
6   et al.* (C 05 02501 WHA), and *Berger v. Service Corporation International et al.* (C 05 02502
7   WHA);

8   WHEREAS, on August 8, 2005, the Court issued an order consolidating the three cases
9   listed above and the case *Magsarili v. Service Corporation International, et al.* (C 05 02792
10  WHA);

11  WHEREAS, the parties believe that the issues of venue with regard to the *Magsarili*
12  action should be decided at the same time as the other consolidated cases;

13  THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their
14  respective attorneys of record that the Defendants' August 2, 2005 transfer motion shall be
15  deemed to apply to the *Magsarili* action.

16  DATED: August 9, 2005          Respectfully submitted,

17                                 BOIES, SCHILLER & FLEXNER LLP

19                                 */s/ John Cove /ov/*
20                                 JOHN F. COVE, JR. (CA Bar No. 212213)
                                   STEVEN G. TIDRICK (CA Bar No. 224760)

21                                 Counsel for Hillenbrand Industries, Inc. and
22                                 Batesville Casket Company, Inc.

23                                 1999 Harrison Street
                                   Suite 900
                                   Oakland, CA 94612
24                                 Telephone:  (510) 874-1000
                                   Facsimile:  (510) 874-1460
25                                 jcove@bsfllp.com
                                   stidrick@bsfllp.com
26

27                                 RICHARD DRUBEL (*pro hac vice*)
                                   BOIES, SCHILLER & FLEXNER LLP
28                                 26 South Main Street

1
STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO TRANSFER
VENUE UNDER 28 U.S.C. 1404(a) – C 05 01804

```
                                    Hanover, NH 03755
 1                                  Telephone:   (603) 643-9090
                                    Facsimile:   (603) 643-9009
 2                                  rdrubel@bsfllp.com

 3
       DATED: August 8, 2005        HAGENS BERMAN SOBOL SHAPIRO LLP
 4

 5
                                    /s/ George W. Sampson
 6                                  GEORGE W. SAMPSON

 7                                  1301 Fifth Avenue, Suite 2900
                                    Seattle, WA  98101
 8                                  Telephone:   (206) 623-7292
                                    Fascimile:   (206) 623-0594
 9                                  george@hbsslaw.com

10
       DATED: August 9, 2005        BRACEWELL & GIULIANI LLP
11

12
                                    /s/ Andrew Edison /ov
13                                  J. CLIFFORD GUNTER, III
                                    ANDREW EDISON
14
                                    Counsel for Service Corporation International
15
                                    711 Louisiana, Suite 2300
16                                  Houston, TX  77002
                                    Telephone:   (713) 223-2300
17                                  Facsimile:   (713) 221-1212
                                    clifford.gunter@bracewellgiuliani.com
18                                  andrew.edison@bracewellgiuliani.com

19
       DATED: August 9, 2005        IVERSON, YOAKUM, PAPIANO & HATCH
20

21

22                                  /s/ Melissa Immel /ov
                                    MELISSA A. IMMEL
23
                                    Counsel for Alderwoods Group, Inc.
24
                                    One Wilshire Building, 27th Floor
25                                  624 South Grand Avenue
                                    Los Angeles, CA 90017
26                                  Telephone:   (213) 624-7444
                                    Facsimile:   (213) 629-4563
27                                  mimmel@iyph.com

28
```

1  DATED: August 9, 2005                HOWREY LLP

2

3                                       /s/ Robert Gooding
                                        _____
4                                       ROBERT E. GOODING, JR.

5                                       Counsel for Stewart Enterprises

6                                       2020 Main Street
                                        Suite 1000
7                                       Irvine, CA 92614
                                        Telephone:   (949) 721-6900
8                                       Facsimile:   (949) 721-6910
                                        goodingr@howrey.com
9

10  SO ORDERED:

11  Dated: __August 15, 2005__

12                                       IT IS SO ORDERED
                                         /s/ William H. Alsup
13                                       _____
                                         William H. Alsup
                                         United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3
        STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO TRANSFER
                VENUE UNDER 28 U.S.C. 1404(a) – C 05 01804